# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 22, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

156708(68)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MATTHEW T. THIEL and NIKOLE M. THIEL,
      Plaintiffs/Counterdefendants-
      Appellees,
and

WILLIAM TRAYWICK and MARCIA
TRAYWICK,
      Intervening Plaintiffs/
      Counterdefendants-Appellees,

v

DAVID L. GOYINGS and HELEN M. GOYINGS,
      Defendants/Counterplaintiffs-
      Appellants.
_____/

SC: 156708
COA: 333000
Allegan CC: 15-055184-CK

      On order of the Chief Justice, the motion of amicus curiae Modular Home Builders Association to share five minutes of appellants' oral argument time is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 22, 2019

Clerk